UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

FILED 12/31/2022

U.S. DISTRICT COURT
24-HOUR DEPOSITORY

Plaintiff(s): Steven Patrick Bureau

v.

COMPLAINT

Defendant(s):
Nashua Police Department
Off. Howe, Brian
Off. Reamer, Jeremy

**Parties to this Complaint**
(boxes will expand as you type)

Plaintiff(s)'s Name, Address and Phone Number

Steven Patrick Bureau
P.O. Box 551
Merrimack, NH 03054
Cell # 603-661-1690

Defendant(s)'s Name, Address and Phone Number

Nashua Police Department
Off. Howe, Brian
Off. Reamer, Jeremy
28 Officer James Roche Drive,
0 Panther Drive
Nashua, NH 03062
603-594-3500

**Jurisdiction and Venue:**
(Explain why your case is being filed in federal court and why the court is legally permitted to hear your case. Box will expand as you type.)

Civil Rights Complaint for Violations that occurred in Nashua, New Hampshire

## Statement of Claim

(As briefly as possible, state each claim you have against defendant(s) and state the legal cause of action, facts, and circumstances that gave rise to your claim(s). Box will expand as you type.)

> Unlawful detainment, unlawful arrest, falsely charged, false imprisonment, unlawful search and seizure.
>
> action: Civil Rights Complaint
> 18 U.S.§ 241 Conspiracy Against Rights
> 18 U.S.§ 242 Deprivation of Rights under Color of Law
> Nashua Police had no probable cause, or evidence to support an arrest. Nashua Police had no legal right to search, or seize my vehicle.
> Nashua Police made false statements on official documentation in order to make an arrest and attempt to prosecute a case. Made false statement in order to take action alleging Implied Consent Refusal.

## Relief Requested from the Court

(Briefly state exactly what you want the Court to do for you. Box will expand as you type.)

> I do not understand this question.
> I thought filing this complaint was self-explanatory.
> Find the Defendants civily and crimanally liable for their actions.
> Award me compensation for Damages and Attorneys fees.

## Jury Demand

☒ Check this box if you are requesting a jury trial (if you want a jury of your peers to decide your case).

☐ Check this box if you are NOT requesting a jury trial (if you want the assigned judge to decide your case).

Date: 12/31/2022

Signature: _[signature]_

DISTRICT OF NH
FILED
2022 DEC 31 P 8: 59
24 HOUR DEPOSITORY