UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Steven Patrick Bureau

    v.                                    Case No. 22-cv-576-LM

Nashua Police Department et al.


ORDER

    The court has not received any additional filings from parties since its January 10, 2025 endorsed order. After due consideration of the objection (document 22) and response to objection (document 23) filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated November 18, 2024.

    The clerk shall enter judgment and close the case.

_____
Landya B. McCafferty
United States District Judge

Date: March 7, 2025


cc:  Steven Patrick Bureau, pro se
     Brian Cullen, Esq.